# Court of Appeals
# of the State of Georgia

ATLANTA,  September 30, 2024

*The Court of Appeals hereby passes the following order:*

## A25D0056. JUSTIN MANCE v. GWINNETT COUNTY.

Justin Mance filed suit against Gwinnett County, and the trial court dismissed the complaint on sovereign immunity grounds. Mance then filed this application for discretionary appeal.

This Court will grant a timely discretionary application if the lower court's order is directly appealable. See OCGA § 5-6-35 (j). From the limited application material submitted, it appears that the trial court's order is final and that no provision of the discretionary appeal statute applies. The trial court's order may thus be appealed directly. See OCGA § 5-6-34 (a) (1). Accordingly, this application is hereby GRANTED. Mance shall have ten days from the date of this order to file a notice of appeal with the trial court if he has not already done so. See OCGA § 5-6-35 (g).  The trial court clerk is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  09/30/2024*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*